UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | 1:15-cr 39 |
| v. | ) | |
| | ) | Judge Collier |
| ROBERT R. DOGGART | ) | Magistrate Judge Lee |

## MOTION TO SEAL BILL OF INFORMATION AND OTHER DOCUMENTS

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves the Court for entry of an Order sealing the Bill of Information, the accompanying plea agreement, and all other documents in this matter. This case is part of an ongoing investigation; in order to protect the investigation, the United States requests that the Bill of Information, the accompanying plea agreement, and all other documents in the case be kept under seal. Accordingly, it is respectfully requested that the Court seal the Bill of Information, the accompanying plea agreement, and all other documents in this case until such time as the criminal investigation is completed and this Court orders the Bill of Information and other documents be unsealed.

Respectfully submitted,

WILLIAM C. KILLIAN
UNITED STATES ATTORNEY

By: s/ Perry H. Piper
Perry H. Piper
Assistant U.S. Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167