UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | UNDER SEAL |
| | ) | 1:15-cr-39 |
| v. | ) | |
| | ) | Judge Collier |
| ROBERT R. DOGGART | ) | Magistrate Judge Lee |

## ORDER TO SEAL

Upon motion of the United States and for good cause shown, the Court hereby orders that the Bill of Information, the accompanying plea agreement and all other documents in this case be sealed pending the further Order of this Court.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Bill of Information prior to sealing.

ENTER:

s/ Susan K. Lee
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE