

UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | UNDER SEAL |
| ) | 1:15-cr- 39 |
| v. ) | |
| ) | Judge Collier |
| ROBERT R. DOGGART ) | Magistrate Judge Lee |

## BILL OF INFORMATION

### COUNT ONE

**Interstate Communication of Threats**
**18 U.S.C. § 875(c)**

The United States Attorney charges that on or about March 6, 2015, in the Eastern District of Tennessee, the defendant, ROBERT R. DOGGART, knowingly and willfully did transmit in interstate commerce from the Eastern District of Tennessee to the State of Texas, a communication to injure individuals living in or near Hancock, New York, threats which were communicated to an individual known to the United States Attorney, and the communication contained a threat to injure residents of "Islamberg," specifically to shoot or kill the inhabitants of Islamberg as the defendant was carrying out an attack on that community to burn buildings found there, including a mosque, school and cafeteria.

All in violation of Title 18, United States Code, Section 875(c).

WILLIAM C. KILLIAN
United States Attorney

By: s/ Perry H. Piper
Perry H. Piper
Assistant U.S. Attorney

Page 1 of 1