# CRIMINAL CASE COVER SHEET — U.S. ATTORNEY'S OFFICE

Place of Offense (City & County): <u>Chattanooga, Hamilton County, Tennessee</u>

Defendant Information:

Juvenile _____ Yes __x__ No        Matter to be Sealed: __x__ Yes _____ No

Defendant Name: <u>ROBERT R. DOGGART</u>

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ___)  __1__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | knowingly and willfully did transmit in interstate commerce from the Eastern District of Tennessee to the State of Texas, a communication to injure individuals living in or near Hancock, New York, threats which were communicated to an individual known to the United States Attorney, and the communication contained a threat to injure residents of "Islamberg," specifically to shoot or kill the inhabitants of Islamberg as the defendant was carrying out an attack on that community to burn buildings found there, including a mosque, school and cafeteria.<br><br>All in violation of Title 18, United States Code, Section 875(c). | 1 |
| Set 2 | | |

*(Use tab key after entering counts to create additional rows)*

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

*(Use tab key after entering counts to create additional rows)*

Current Trial Date (if set): _____ n/a _____ before Judge _____

Criminal Complaint Filed: No _____ Yes __x__ Case No. <u>1:15-mj-83</u>

Related Case(s):

Case Number        Defendant's attorney        How related

(over)