Criminal Informations:

Pending criminal case:    No __x__    Yes _____    Case No. _____

New Separate Case _____    Supersedes Pending Case _____

Name of defendant's attorney:  Bryan Hoss

Retained: __x__    Appointed: _____

Date:  4/24/20154    Signature of AUSA: _____