UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No: 1:15-CR-39 |
| v. | ) | |
| | ) | |
| ROBERT R. DOGGART | ) | Judge Curtis L. Collier |
| | ) | |

### **O R D E R**

The parties are **ORDERED** to file within **21 days** of the entry of this order briefs addressing whether the factual basis in the proposed plea agreement contains communication on Defendant's part amounting to a "true threat" as required under 18 U.S.C. § 875(c).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

1