U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- ☑ Initial Appearance
- ☐ Complaint
- ☐ Preliminary Exam
- ☐ Motion Hearing
- ☐ Indictment
- ☐ SSI
- ☑ Information
- ☐ Detention Hearing
- ☐ Bond Hearing
- ☐ Petition for Probation/Supervised Release action
- ☐ Arraignment
- ☐ Arraignment on SSI

Case No. **1:15-cr-39**   USA v. **Robert Doggart**

**PRESENT:** Honorable **Susan Lee**   ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

**Perry Piper**
Assistant U.S. Attorney

**Bryan Hoss/Janie Varnell**
Attorney for Defendant
☐ Appt. ☐ Retd ☐ Ltd. App.

Probation Officer

**Russell Eslinger**
Courtroom Deputy

**Elizabeth Coffey**
Court Reporter

Interpreter(s)   ☐ SWORN

Digital Recording: Crtrm 1B ☐   OR Crtrm 4 ☐

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN     **DATES SET:**

- ☐ Financial affidavit(s) executed
- ☐ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Deft advised of Rules 20, 5 FRCrP
- ☐ Deft executed waiver of Rule 5, 5.1 hearing
- ☐ Deft waived reading of indictment/information
- ☐ Indictment/Information read
- ☐ Deft pleads not guilty to counts _____
- ☐ Not guilty plea entered by Court on deft's behalf
- ☐ Deft. entered no plea

Detention hearing: _____
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: _____

Court ordered file   ☐ sealed OR ☑ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

Defendant's exhibit 1: photos of certificates and awards.

Defendant will remain in custody until electronic monitoring is connected.

**BOND**
☑ Govt. motion for detention without bond: ☐ granted ☑ denied
☑ Court ordered deft released on bond (see order setting conditions of release)

Amount: **$30,000.00**   Type: _____

Defendant ineligible for release on bond: _____

Deft ☐ remanded to custody of U.S. Marshal  ☑ remained in custody  ☐ remained on bond  ☐ released on bond

Time: **2:14/3:02** to **2:53/3:38**   Date: **5/6/15**

rev 3/09