UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:15-cr-39 |
| v. | ) | |
| | ) | Judge Collier |
| ROBERT R. DOGGART | ) | Magistrate Judge Lee |

MOTION TO RELEASE TRANSCRIPTS OF RECORDED CALLS

Comes the United States of America through Nancy Stallard Harr, Acting United States Attorney for the Eastern District of Tennessee, Assistant United States Attorney Perry H. Piper, and Saeed A. Mody, Trial Attorney, Civil Rights Division, hereby moves the Court for an Order allowing the United States to disclose to the Bureau of Prisons medical personnel the transcripts of calls which were recorded pursuant to a Title III wiretap.

As grounds for this motion, the government would show that the Court, upon the government's motion, ordered the defendant to be evaluated by the Bureau of Prisons medical personnel. The defendant is currently being evaluated at FMC Lexington, Kentucky. An examining psychologist has requested that the undersigned send to her the transcripts of the recordings in order to complete the evaluation. Counsel has contacted the Office of Enforcement Operations with the Department of Justice. OEO has opined that the government can release the

transcripts to the psychologist, but has suggested that the government receive permission from the Court prior to doing so.

The government had previously moved to unseal the "wiretap, including the intercepted calls" (R. 31), and this Court granted that motion in an Order. (R. 34, Order, PageID# 310-311.) In that Order, the Court stated the "contents of the wire itself (the recorded conversations) will also be unsealed." (*Id.*)

Counsel for the government has contacted defense counsel, Garth Best, and he has no objection to the disclosure. Accordingly, the United States respectfully requests permission to release transcripts of the calls recorded pursuant to the Court's T-III wiretap authorization to Bureau of Prisons personnel.

Respectfully submitted,

NANCY STALLARD HARR
Acting United States Attorney

s/ Perry H. Piper
Perry H. Piper
Assistant United States Attorney

s/ Saeed A. Mody
Saeed A. Mody
Trial Attorney
Civil Rights Division

CERTIFICATE OF SERVICE

      I hereby certify that on April 25, 2016, a copy of the foregoing motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                            s/ Perry H. Piper
                                            Perry H. Piper
                                            Assistant United States Attorney
                                            1110 Market Street, Ste. 515
                                            (423) 752-5140