# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

Criminal Trial: **1st** Day of Trial  Case No. **1:15-cr-39-001**  USA v. **Robert R. Doggart**

Honorable **Curtis L. Collier**  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

| **Perry Piper** | **Saeed Ahmed Mody** | **Elizabeth Coffey** |
|---|---|---|
| Assistant U.S. Attorney(s) | Assistant U.S. Attorney(s) | Court Reporter |
| **Leslie Cory, John Turner** | **Raymond Garth Best** | **Barbara Lewis** |
| Defendant's Attorney(s) | Defendant's Attorney(s) | Courtroom Deputy |

Interpreter(s) ☐ Sworn

## PROCEEDINGS

☑ Jury selected & sworn: Jurors present: **33** /Seated **14** /Challenged **17** /Excused **2** /Not Used **16**

☑ Rule requested   ☑ Opening Statements   ☐ Witnesses sworn (See Exhibit and Witness List)

☑ Introduction of evidence for government  ☑ begun  ☐ resumed  ☐ concluded

☐ Defendant's Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Introduction of evidence for deft(s) ☐ begun ☐ resumed ☐ concluded

☐ Defendant's Renewed Motion: _____ ; ☐ GRANTED ☐ DENIED

☐ Rebuttal evidence ☐ Surrebuttal evidence ☐ Charge Conference ☐ Closing Arguments ☐ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at: _____

☐ Jury Verdict: _____

☐ Jury polled ☐ Polling waived ☐ Mistrial declared  Judgment Date: _____

☐ Exhibits: ☐ taken by Court ☐ returned to attorneys (See Exhibit Withdrawal)

☐ Trial Continued until: _____

Other proceedings:

☐ Deft remanded to custody of U.S. Marshal  ☐ remained in custody  ☑ remained on bond

Time: **9:05** to **11:30**
      **11:50** to **12:15**
      **1:40** to **3:25**
      **3:55** to **5:00**
      ____ to ____
      ____ to ____

Date: **2/6/2017**

Revised 10/13