# U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

Criminal Trial: **5th** Day of Trial  Case No. **1:15-cr-39-001**  USA v. **Robert R. Doggart**

Honorable **Curtis L. Collier**  ☑ U.S. District Judge  ☐ U.S. Magistrate Judge

**Perry Piper**
Assistant U.S. Attorney(s)

**Saeed Ahmed Mody**
Assistant U.S. Attorney(s)

**Elizabeth Coffey**
Court Reporter

**Leslie Cory, John Turner**
Defendant's Attorney(s)

**Raymond Garth Best**
Defendant's Attorney(s)

**Barbara Lewis**
Courtroom Deputy

Interpreter(s)  ☐ Sworn

## PROCEEDINGS

☑ Jury selected & sworn: Jurors present: **14** /Seated ____ /Challenged ____ /Excused ____ /Not Used ____

☐ Rule requested  ☐ Opening Statements  ☑ Witnesses sworn (See Exhibit and Witness List)

☑ Introduction of evidence for government ☐ begun ☑ resumed ☐ concluded

☑ Defendant's Motion: **Rule 29** ; ☐ GRANTED ☑ DENIED

☑ Introduction of evidence for deft(s) ☑ begun ☐ resumed ☑ concluded

☑ Defendant's Renewed Motion: **Rule 29** ; ☐ GRANTED ☑ DENIED

☐ Rebuttal evidence  ☐ Surrebuttal evidence ☑ Charge Conference ☑ Closing Arguments ☑ Charge of Court

☐ Jury retired to deliberate at _____ Jury returned at: _____

☐ Jury Verdict: _____

☐ Jury polled ☐ Polling waived ☐ Mistrial declared  Judgment Date: _____

☐ Exhibits: ☐ taken by Court ☐ returned to attorneys (See Exhibit Withdrawal)

☑ Trial Continued until: **February 14, 2017 @ 9:00 am**

Other proceedings:

☐ Deft remanded to custody of U.S. Marshal  ☐ remained in custody ☑ remained on bond

| Time: | | |
|---|---|---|
| 9:10 | to | 10:40 |
| 11:10 | to | 12:00 |
| 1:40 | to | 2:50 |
| 3:00 | to | 4:50 |
| 5:00 | to | 5:10 |
| _____ | to | _____ |

Date: **2/13/2017**

Revised 10/13