UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 1:15-cr-39 |
| v. | ) | |
| | ) | Judge Collier |
| ROBERT R. DOGGART | ) | Magistrate Judge Lee |

## **O R D E R**

Before the Court is non-party David F. Sutcliffe's motion to permit counsel for the United States to provide Mr. Sutcliffe with copies of the audio recordings that were played during the trial in this matter. (Doc. 299.) Mr. Sutcliffe states he is a journalist and documentary filmmaker and wishes to report on the trial in this matter. Mr. Sutcliffe represents that he has, through counsel, conferred with the United States and Defendant, and neither objects to his request. This matter is currently on appeal.

For good cause shown, the Court **GRANTS** the motion (Doc. 299). The United States may provide Mr. Sutcliffe with copies of the audio recordings that were played during the trial of this matter.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**