UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No 1:15-cr-39
    Judge Collier/Lee

ROBERT R. DOGGART,

    Defendant.

## NOTICE OF INTENT TO NOT ENTER A GUILTY PLEA

The defendant, Robert R. Doggart, by and through counsel, hereby submits this notice that he will not enter a guilty plea in this case at this time.

This matter is before the Court upon a limited remand from the Sixth Circuit for the purpose of allowing Doggart to proceed on his original plea agreement; specifically, the Sixth Circuit held that if Doggart pled guilty under the terms of the plea agreement, it would vacate his remaining convictions. After soliciting briefing from all the parties and holding a preliminary hearing on the parameters of the remand, this Court issued an Order on June 4, 2019 (Doc. 318) in which it held that while there is a sufficient factual basis to support a guilty plea under the plea agreement, this Court *will reject* the plea agreement pursuant to USSG § 6B1.2. Thus, if Doggart wishes to plead guilty, he must do so "outside of his Plea Agreement." Doc. 318, PageID#5985.

Whereas, (1) this Court's ruling will not allow Doggart to plead guilty pursuant to the plea agreement as anticipated and directed by the Sixth Circuit, once the factual basis was found sufficient, and (2) any guilty plea outside of the plea agreement apparently will not, by the terms of the Sixth Circuit's remand order, trigger the vacation of the remaining convictions (as

this Court suggests, *id.* PageID#5985), Doggart hereby gives notice that he will not plead guilty to the Information charging a violation of 18 U.S.C. § 875(c) and that he will seek further relief in the Sixth Circuit.

Respectfully submitted:

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, Inc.

By: *s/ Myrlene Marsa*
    Myrlene Marsa
    BPR # 016978
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
(423) 756-4349

    *s/ Jennifer Niles Coffin*
    Jennifer Niles Coffin
    BPR # 020703
Assistant Federal Defender
800 South Gay St., Suite 2400
Knoxville, Tennessee 37929
(615) 736-5047

2

Case 1:15-cr-00039-CLC-SKL   Document 319   Filed 07/09/19   Page 2 of 2   PageID #: 5988