## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 09, 2020

Mr. John L. Medearis
Eastern District of Tennessee at Chattanooga
900 Georgia Avenue
Room 309
Chattanooga, TN 37402

      Re:  Case No. 17-5813, *USA v. Robert Doggart*
           Originating Case No. : 1:15-cr-00039-1

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                                          Sincerely yours,

                                          s/Maddison R Edelbrock
                                          For Jennifer Earl

cc:  Ms. Anna Marks Baldwin
      Mr. Thomas E. Chandler
      Ms. Jennifer Niles Coffin
      Laura E. Davis
      Mr. Saeed Ahmed Mody
      Mr. Perry H. Piper

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 17-5813

_____

Filed: March 09, 2020

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

ROBERT R. DOGGART

       Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 01/15/2020 the mandate for this case hereby issues today.

COSTS: None