UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No 1:15-cr-39
    Judge Collier/Lee

ROBERT R. DOGGART,

    Defendant.

## THIRD SUPPLEMENT TO MOTION FOR BOND PENDING RE-SENTENCING

Robert Doggart, by and through counsel, files this third supplement to his pending motion for bail pending resentencing pursuant to 18 U.S.C. § 3143. (Doc. 327.)

Since Mr. Doggart replied to the Government's response, counsel for Mr. Doggart would show that she has heard from two separate sources that there is an active outbreak of Covid-19 in Mr. Doggart's unit at Lexington, FMC. Additionally, it is confirmed tonight on the BOP website that there are 5 positive inmates and 1 positive staff member.[1] Fayette County, Kentucky, in which the prison is located and from where staff members reside, reports 246 confirmed cases in the community which represents a rate of infection of 77.2 per 100k. In Hamilton County, by comparison, there are 152 cases in the community which represents a rate of infection of 42.5 per 100k. Thus being in Hamilton County, and sheltered-in-place with his family, puts him at less risk than his current situation.[2]

---

[1] https://www.bop.gov/coronavirus/
[2] https://www.washingtonpost.com/graphics/2020/national/coronavirus-us-cases-deaths/?itid=hp_hp-banner-low_web-gfx-death-tracker%3Ahomepage%2Fstory-ans

For these additional reasons, Mr. Doggart moves the Court to grant him bond pending his re-sentencing hearing, and to do so quickly so that he can be released to his daughter's custody and be able to shelter-in-place at her home.

    Respectfully submitted,

FEDERAL DEFENDER SERVICES OF
  EASTERN TENNESSEE, INC.

By: */s/ Myrlene R. Marsa*
Myrlene R. Marsa
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
Myrlene_Marsa@fd.org
(423) 756-4349
BPR # 016798

By: */s/ Jennifer Niles Coffin*
Jennifer Niles Coffin
Assistant Federal Defender
800 South Gay St., Suite 2400
Knoxville, Tennessee 37929
Jennifer_coffin@fd.org
(615) 736-5047
BPR # 020703