UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    No 1:15-cr-39-CLC-SKL

ROBERT R. DOGGART,

    Defendant.

## UNOPPOSED MOTION TO CONTINUE RE-SENTENCING

Defendant Robert E. Doggart, through undersigned counsel, respectfully requests this Honorable Court to allow an additional ninety (90) days before conducting his re-sentencing hearing.

1.    On January 15, 2020, the Sixth Circuit Court of Appeals issued an Order reversing his conviction for solicitation to commit federal arson, and remanding the case to the district court. Doc. 323. The Mandate issued on March 9, 2020. Doc. 324. This Court set a re-sentencing date of June 17, 2020, and Ordered that Mr. Doggart be transported to Chattanooga for that hearing. Docs. 325, 326.

2.    Mr. Doggart will be using the services of an expert at his re-sentencing. More time will be needed in order to accomplish this as COVID-19 is causing a big slowdown in everything. Thus, an additional ninety days is necessary to allow Mr. Doggart time to prepare.

3.    This motion is not made for purposes of undue delay but to provide appropriate assistance of counsel to Mr. Doggart. It would be in the interest of justice to grant this motion.

4.    Assistant United States Attorney Perry Piper has been advised of this motion and does not object.

WHEREFORE, Mr. Doggart respectfully requests an additional ninety (90) days before the re-sentencing hearing in this case.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

By: _*s/ Myrlene R. Marsa*_
  Myrlene R. Marsa
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
Myrlene_Marsa@fd.org
(423) 756-4349
BPR # 016798