UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 1:15-cr-39 |
| v. | ) |
| | ) Judge Collier |
| ROBERT R. DOGGART | ) Magistrate Judge Lee |

**O R D E R**

The resentencing hearing in this matter has been continued from June 17, 2020, to September 23, 2020. The Court's previous transport order (Doc. 326) is accordingly **AMENDED** as follows: it is **ORDERED** that the United States Marshal, or his authorized deputy, transport the Defendant, Robert R. Doggart, from his place of incarceration to Chattanooga, Tennessee, allowing sufficient time for the Defendant to be available in Chattanooga, Tennessee to meet with his attorney before the resentencing hearing set for September 23, 2020.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**