UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
At Chattanooga

UNITED STATES OF AMERICA,

    Plaintiff,

v().

    No 1:15-cr-39
    Judge Collier/lee

ROBERT R. DOGGART,

    Defendant.

## NOTICE OF APPEAL

Notice is hereby given that Defendant Robert R. Doggart appeals to the United States Court of Appeals for the Sixth Circuit the Amended Judgment filed in this case on September 29, 2020.

    Respectfully submitted,

    FEDERAL DEFENDER SERVICES
     OF EASTERN TENNESSEE, INC.

    By: */s/ Jennifer N. Coffin*
        Jennifer N. Coffin
    Assistant Federal Defender
    Jennifer_Coffin@fd.org
    800 South Gay Street, Suite 2400
    Knoxville, TN   37929
    (865) 637-7979
    BPR # 020703